```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION



ISSAC BROWN,

                         Plaintiff,
v.                                    Case No. 3:08-cv-174-J-32HTS

PUBLIC DEFENDER
PATRICIA A. KYSER,
et al.,

                         Defendants.
_____
```

**ORDER**

1.   Plaintiff Issac Brown's Amended Complaint (Doc. #7) is **STRICKEN.** This case was dismissed on February 20, 2008.

2.   The Clerk of Court shall send a civil rights complaint form and an Affidavit of Indigency form to Plaintiff for his use in initiating a new civil rights complaint in this Court if he chooses to do so.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of March, 2008.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

sc 3/20
c:
Issac Brown